**Slip Op. 99 - 88**

**UNITED STATES COURT OF INTERNATIONAL TRADE**

**BEFORE:  RICHARD W. GOLDBERG, JUDGE**

|  |  |
|---|---|
| MICRON TECHNOLOGY, INC.,<br><br>          Plaintiff,<br><br>      v.<br><br>THE UNITED STATES,<br><br>          Defendant,<br><br>      and<br><br>LG SEMICON CO. LTD., and<br>LG SEMICON AMERICA, INC.<br><br>          Defendant-Intervenors. | Court No. 97-02-00205 |

**<u>JUDGMENT ORDER</u>**


     Upon consideration of the Department of Commerce, International Trade Administration's <u>Final Results of Redetermination Pursuant to Court Remand, Micron Technology, Inc. v. United States, Slip Op. 99-29 (March 25, 1999)</u>, July 16, 1999 ("Remand Results"), of defendant-intervenor LG Semicon's comments on the Remand Results, of defendant United States's comments on the Remand Results, and all other papers filed herein, it is hereby

     **ORDERED** that the Remand Results are sustained in all respects; and it is further

**ORDERED** that, all other issues having been previously decided in this case, judgment is entered in accordance with the Court's opinion in <u>Micron Technology, Inc. v. United States</u>, 23 CIT __, 40 F. Supp.2d 481 (1999).

                                   _____

                                     Richard W. Goldberg
                                        JUDGE

Dated: August 23, 1999
       New York, New York.